UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAMELA A. KING,

                           Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.
------------------------------------------------------------------X

**23-CV-7622 (ER)**

**ORDER RESCHEDULING
SETTLEMENT
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     At the request of the parties, a settlement conference is hereby rescheduled for

**Wednesday, March 18, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse,

500 Pearl Street, New York, New York. Corporate parties must send the person with

decision making authority to settle the matter to the conference. The parties are instructed to

prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order

Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-

valerie-figueredo). Pre-conference submissions must be received by the Court no later than

**March 11, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
              December 2, 2025

                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge