UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PAMELA A. KING,

                                        Plaintiff,                23-CV-7622 (ER)

                    -against-                          **ORDER RESCHEDULING
                                                        SETTLEMENT
NEW YORK CITY DEPARTMENT OF                             CONFERENCE**
EDUCATION, et al.,

                                        Defendants.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The continuation of the prior settlement conference is hereby rescheduled for

**Friday, May 29, 2026 at 2:30 p.m.** in Courtroom 17-A, United States Courthouse, 500

Pearl Street, New York, New York. Corporate parties must send the person with decision

making authority to settle the matter to the conference.

        **SO ORDERED.**

DATED:     New York, New York
           May 14, 2026


                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge