UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAMELA A. KING,

                        Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                   Defendants.
------------------------------------------------------------------X

23-CV-7622 (ER)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the issuance of a 30-day order (see ECF No. 37), to provide the parties with ample time to finalize the necessary paperwork before the 30 days, the City is hereby directed to provide Plaintiff with a draft of the written settlement agreement by **Monday, June 15, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
           June 1, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge